# THE FIERST LAW GROUP, P.C.

462 SAGAMORE AVENUE, SUITE 2, EAST WILLISTON, NEW YORK 11596
(516) 586-4221
FAX: (516) 586-8536 (NOT FOR SERVICE OF PAPERS)

Timothy J. Fierst, Esq.*
*Admitted to Practice in New York and Connecticut
Dear

April 5, 2022

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007



Re:   *US Fresh Corp. v. Banana King Distributor LLC, et. al.*
      *Case No. 1:21-cv-10256*

Dear Judge Failla:

This law firm represents the plaintiff, US Fresh Corp. ("Plaintiff") in the referenced action. We write to Your Honor to request a short adjournment of the conference scheduled on April 19, 2022 at 2:00 p.m. for Plaintiff's motion by Order to Show Cause dated February 22, 2022 (Dkt. No. 19) for entry of a default judgment against the defendants (the "April 19, 2022 Conference").

Due to the Easter and Passover holidays, I will be out of the office from Thursday April 14, 2022 through Tuesday April 19, 2022, returning on Wednesday April 20, 2022. Therefore, it is respectfully requested that the April 19, 2022 Conference be adjourned for a short period of time, at the Court's convenience. It is also respectfully requested that the rescheduled conference be held virtually. This is Plaintiff's first request for an adjournment.

Thank you for your consideration to this request.

Respectfully submitted,

Timothy J. Fierst

TJF:me

Application GRANTED.  The conference scheduled for April 19, 2022, is hereby ADJOURNED to **April 22, 2022, at 10:00 a.m.**  This conference will proceed telephonically.  At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533.

Plaintiff is further ordered to transmit a copy of this endorsement to Defendants using any previously used means of communication.

The Clerk of Court is directed to terminate the pending motion at docket entry 21.

Dated:    April 6, 2022          SO ORDERED.
          New York, New York

                                 *[signature: Katherine Polk Failla]*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE